AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODGER DALE REDDEN,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV 623-015

TYRONE OLIVER,

Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated June 16, 2023 adopting the Report and

Recommendations of the U.S. Magistrate Judge as the opinion of this court, Plaintiff's amended

complaint is dismissed for failure to state a claim. This case stands closed.

June 16, 2023
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_James R. Burell_
_____
*(By) Deputy Clerk*

GAS Rev 10/2020